FILED
January 29, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>v.  )<br>  )<br>SONIA KIM,  )<br>  )<br>    Defendant.  ) | Case No. 2:15-CR-00015-TLN-1<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>SONIA KIM</u>, Case No. <u>2:15-CR-00015-TLN-1</u>, Charge <u>Title 21 U.S.C. §§ 846; 841(a)(1)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $ <u>150,000 (co-signed)</u>

        ✔ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    ✔ (Other)   <u>With pretrial supervision and conditions of release as stated on the record in open court. USM to release dft on 1/30/2015 at 9:00 a.m., to the custody of Pretrial Services, and then transported to The Effort.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>January 29, 2015</u> at <u>10:50</u> <u>am</u>.

By _____
Dale A. Drozd
United States Magistrate Judge