DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
SONIA KIM

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **2:15-CR-0015 TLN** |
| Plaintiff, | **STIPULATION TO AMEND CONDITIONS OF RELEASE RE SONIA KIM AND ORDER** |
| v. | |
| SONIA KIM, ET AL., | |
| Defendants. | |

    Plaintiff United States of America, by and through its counsel of record, and defendant Sonia Kim, by and through her counsel of record, with the approval of Pretrial Services, hereby stipulate that her conditions of release may be amended as follows:

    You shall remain inside your residence **every day from 7:00 pm to 7:00 am,** or as adjusted by the pretrial services officer for medical, religious services, employment, education, treatment, (to include Narcotics Anonymous and Alcoholics Anonymous meetings), or court-ordered obligations.

    IT IS SO STIPULATED.

Dated: September 2, 2015                        BENJAMIN B. WAGNER
                                                    United Sates Attorney

                                                      /s/ PAUL A. HEMESATH
                                                      PAUL A. HEMESATH
                                                      Assistant United States Attorney

Dated:  March 5, 2014     /s/ DAVID W. DRATMAN_____
                          DAVID W. DRATMAN
                          Attorney for Defendant
                          SONIA KIM

**ORDER**

IT IS SO ORDERED.

Dated:  September 3, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE