DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
SONIA KIM

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>                      v.<br><br>SONIA KIM, ET AL.,<br><br>                      Defendants. | **2:15-CR-0015 TLN**<br><br>**STIPULATION TO AMEND CONDITIONS OF RELEASE RE SONIA KIM AND ORDER** |

Plaintiff United States of America, by and through its counsel of record, and defendant Sonia Kim, by and through her counsel of record, with the approval of Pretrial Services, hereby stipulate that her conditions of release may be amended to delete the following two special conditions of release:

16. Upon completion of the residential program, you shall participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

17. **CURFEW:** You shall remain inside your residence **every day from 7:00 pm to 7:00 am,** or as adjusted by the pretrial services officer for medical, religious services, employment, education, treatment, (to include Narcotics Anonymous and Alcoholics Anonymous meetings), or court-ordered obligations. [*previously amended by Stipulation and Order*].

//

//

**STIPULATION TO AMEND CONDITIONS OF RELEASE
RE SONIA KIM AND [PROPOSED] ORDER**

1

IT IS SO STIPULATED.

Dated:  December 30, 2015                    BENJAMIN B. WAGNER
                                             United Sates Attorney

                                             /s/ PAUL A. HEMESATH
                                             PAUL A. HEMESATH
                                             Assistant United States Attorney


Dated:  December 30, 2015                    /s/ DAVID W. DRATMAN
                                             DAVID W. DRATMAN
                                             Attorney for Defendant
                                             SONIA KIM

**ORDER**

IT IS SO ORDERED

Dated:  December 30, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO AMEND CONDITIONS OF RELEASE
RE SONIA KIM AND [PROPOSED] ORDER

2